**No. 09-8214. Lee Roy Lance and Donovan Dotson, Petitioners v. United States.**

561 U.S. 1009, 130 S. Ct. 3456, 177 L. Ed. 2d 1061, 2010 U.S. LEXIS 5132.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 344 Fed. Appx. 285.